United States District Court
WESTERN DISTRICT OF WASHINGTON

GREGORIO G. DIAZ, *et al.*,

JUDGMENT IN A CIVIL CASE

v.

GREEN TREE SERVICING, LLC, *et al.*

CASE NUMBER: C15-359RSL

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of defendants and against plaintiffs.

April 7, 2016                              William M. McCool
                                           Clerk

                                           /s/Ashleigh Drecktrah
                                           By, Deputy Clerk